# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THE UNITED STATES OF AMERICA

vs

JOHN GIACOMINI

CR 20 00134 BLF VKD

## INDICTMENT

COUNT ONE:   18 U.S.C. § 2244(b) — Abusive Sexual Contact

A true bill.

_____
Foreperson

Filed in open court this 12th day of March A.D. 2020

_____
United States Magistrate Judge

Bail. $ No bail arrest warrant



DAVID L. ANDERSON (CABN 149604)
United States Attorney

**SEALED BY ORDER OF THE COURT**

**FILED**
MAR 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN GIACOMINI, <br><br> Defendant. | **CR 20 00134** <br><br> VIOLATION: 18 U.S.C. § 2244(b)—Abusive Sexual Contact <br><br> **SAN JOSE VENUE** |

BLF
VKD

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 2244(b)—Abusive Sexual Contact)

On or about December 20, 2017, in the Northern District of California, the defendant,

JOHN GIACOMINI

within the special maritime and territorial jurisdiction of the United States, did knowingly engage in sexual contact with Victim 1 without Victim 1's permission, in violation of Title 18, United States Code, Section

///
///
///
///

INDICTMENT                                        1

```
 1  2244(b).
 2  DATED: 3-17-20
 3
 4  A TRUE BILL.
 5
                                    _____
                                    FOREPERSON
 6                                  San Jose
 7  DAVID L. ANDERSON
    United States Attorney
 8
 9  _____
10  JEFFREY NEDROW
    MARISSA HARRIS
11  Assistant United States Attorneys
```

**SEALED BY ORDER OF THE COURT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- OFFENSE CHARGED ----

18 U.S.C. § 2244(b) – Abusive Sexual Contact

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

---- DEFENDANT - U.S ----
▶ JOHN GIACOMINI

DISTRICT COURT NUMBER
CR 20 00134 BLF VKD

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
MAR 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
VA - Special Agent Nicholas J. Sanzone

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Marissa Harris

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

## U.S. v. JOHN GIACOMINI
## PENALTY SHEET:

**Count 1:** 18 U.S.C. § 2244(b) (Abusive Sexual Contact)

Penalties:
- Maximum Prison Term: 2 years
- Maximum Fine: $250,000
- Maximum Supervised Release: 1 year
- Special Assessment Fee: $100 (additional $5,000 special assessment fee for non-indigent defendants per 18 U.S.C. § 3014)
- Restitution