SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED MAR 12 2020 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. JOHN GIACOMINI | **CASE NUMBER:** CR 20 00134 BLF VKC |
| **Is This Case Under Seal?** | Yes   No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF   OAK   SJ ✓ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** Marissa Harris | **Date Submitted:** 03/12/2020 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)    RESET FORM    SAVE PDF