DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-CR-00134 BLF |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL INDICTMENT **and ORDER** |
| v. | |
| JOHN GIACOMINI, | |
| Defendant. | |

The government moves to unseal the Indictment filed in the above captioned matter so that a copy can be provided to the defendant and his counsel prior to the defendant's telephonic initial appearance on May 14, 2020. This will allow the defendant and counsel to familiarize themselves with the charge and penalties prior to the hearing and will help avoid delays in the preparation and processing of a bail package.

                                        Respectfully submitted,

                                        DAVID L. ANDERSON
                                        United States Attorney

Dated: May 12, 2020                              /s/
                                        MARISSA HARRIS
                                        Assistant United States Attorney

[~~PROPOSED~~] ORDER

Good cause appearing, the Court ORDERS that the Indictment in the above captioned case shall be unsealed.

DATED: May 13, 2020

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge