1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Dear Judge Freeman,

I am writing this letter to ask that you consider giving my husband, John Giacomini, a probationary sentence with home confinement.   John has suffered greatly for his transgression. Before I describe my reasoning, I think it is important that you know that John has accepted full accountability with me for his selfish actions. He has deep regrets for the harm he caused his colleague as someone whom he both admired and respected.  They had been colleagues and friends for many years. He was proud of her accomplishments as an electrophysiologist and a faculty member at the Palo Alto Veteran's Administration (VA) Hospital.  He admired her as a highly competent cardiologist who took care of patients and contributed to the training and academic programs at the VA Hospital.  He will perhaps never forgive himself for the actions that he committed primarily because he caused personal harm to her and her family, but also because his actions caused harm to me and our marriage, our family and many former colleagues and friends: nurses, doctors, technicians, staff, and trainees, who relied on him as their husband, father, supervisor or mentor.  He also lives with the realization that his actions have erased his legacy and the very purpose of all that he worked so hard for.

John has suffered now for almost four years because of his actions, and I would argue has already paid an enormous personal price.  For four years, since he was dismissed from his position at the VA Hospital, John has been extremely depressed. He does not sleep at night and in the mornings does not want to get out of bed.  John is the son of a farmer and a farmer's wife who were extremely poor. He was the first in his family to graduate from college and the only member of his family to receive a doctoral degree. Once in his dream position at the VA Hospital, John worked so hard to build an academic program that trained cardiologists and cared for cardiac patients. And he was extremely proud of that program, which received national acclaim.  John always maintained that his life was about his family, the patients he cared for and the people he trained. That would be his legacy.  With his actions, the charges, the dismissal from his job and his conviction, that is no longer his legacy.  John struggles each day and stays awake at night wondering what his life has been about.

Four years ago, when the employment investigations at both Stanford and the VA Hospital began, John was isolated from the people he cared about at work. He was moved to another campus where he did not know anyone and told that he should not talk to or communicate with anyone from his work.  When the investigations were completed, he was essentially fired from his job.  Two years ago, after John's dismissal from the VA Hospital, he attempted to recover a piece of his life.  He began a consulting job at Sequoia Hospital in Redwood City advising the cardiologists there on how to establish a transcatheter aortic valve program, something they wanted but needed training and expertise.  Within weeks, confidential employment documents from the VA Hospital including reports from the hearings were leaked to the press.  John was humiliated and disgraced now two years after his dismissal.  And Sequoia Hospital though they appreciated all he was doing for them, was forced to terminate John's employment as a consultant.

- Finally, I would like to point out that John supported and cared for his trainees, as the fellowship director of the cardiology program at Stanford and the VA Hospital. He went out of his way to recruit and train women cardiologists in his program, and cardiologists from under-represented minority groups. He never forgot his roots as a farmer's son and how hard it had been for him to find his way in his career. In appreciation for his devotion to his fellows, John received many teaching and mentoring awards over the years.

Finally, I would like to point out that John's health is not good. First, he is almost 74 years old and that alone places him at considerable risk for morbidity associated with infectious diseases such as COVID-19. Importantly, he suffers from diabetes and is on high doses of anti-diabetic medications. As you know, diabetes alone is another major risk factor for COVID-19-associated complications. Further, as a result of his diabetes, he has extensive and painful peripheral neuropathy in his left foot. Though he takes medications for the neuropathy, his pain rarely subsides as the current medications are inadequate. Also, from years of working with radiation as an interventional cardiologist, John has extensive skin and collagen problems. For example, if he bumps his hand or arm on an object, he bruises immediately and the bruising may be extensive. Not infrequently, the bruises become infected, and he is required to take a course of antibiotics because he is susceptible to infection. Infections have occurred and occasionally spread to his collagen and vascular system, requiring higher doses of antibiotics. He also has skin cancer on his hands, arms and face from the radiation he received as a cardiologist. He was diagnosed with malignant melanoma a while ago, which may have also occurred because of his constant exposure to radiation. Though there has been no evidence of metastases from the melanoma, he is regularly monitored by a dermatologist as this disease may recur suddenly. Within the last couple of weeks, John has developed cardiac arrythmias, and is consulting with his doctors on the underlying causes.

In closing, John has already suffered considerably as a result of his actions against Dr. Park. Though others have also suffered, John has paid the ultimate price in his career and his legacy. He was fired from his job at the VA Hospital. His firing and the ensuing felony charges have been in the newspapers several times over the last few years, including confidential information. He has experienced humiliation and a depression that was never a part of who he was previously. Imagine a life and a legacy that you have built destroyed by your own thoughtless actions. Because of his health issues, his essential help in the care of my brother with Alzheimer's Disease, his deep remorse, and the facts that he has already suffered immensely and that he has been an extraordinary member of our society, I ask that you consider giving him a suspended sentence. Also please consider that additional punishment will in fact constitute punishing me further for actions that have already deeply hurt me and my family.

Kathleen M. Giacomini, PhD





**ALICE BALL** 1892-1916

Alice Ball was an African-American chemist who developed the first successful treatment for Hansen's disease (Leprosy). She graduated from the University of Hawaii and was the first woman and African-American to receive a master's degree from this university. She was also the first female African-American chemistry professor at the college. Through her research, Ball successfully developed a water-soluble, injectable form of chaulmoogra oil that retained the oil's medicinal properties while still being easily absorbale by the body. This technique came to be known as the "Ball Method".

"FOR A BLACK WOMAN TO ACHIEVE WHAT SHE DID AND TO MAKE ADVANCES IN THAT AREA DURING THAT TIME IS REMARKABLE UNTO ITSELF"
– JAMES P. HARNISH

June 28, 2022

To Whom It May Concern,

I am John Giacomini's oldest son and am writing this letter in support of my father. My dad has dedicated his life to taking care of some of the sickest individuals in our society including men and women suffering from heart attacks, heart failure, and other devastating cardiac conditions. He has saved and extended the lives of hundreds, if not thousands of people over the course of his career. Notably, my dad chose to spend his career working in the VA Hospital where he has taken care of veterans who have made tremendous sacrifices so that we can enjoy the many freedoms we have in this country. As I also trained as a physician, throughout my training my dad often reminded me that taking care of patients is "not just a job, it is a privilege." His dedication to patients was what I remember most growing up and what motivated me to pursue an MD degree.

For the past (terrible) several years, I have watched my father change following his dismissal from the VA Hospital. He is now 74 years old, but he has aged decades over just a few short years. He has become introverted and depressed. He has lost nearly 30 pounds. He has developed diabetes, which is not yet controlled. He has horrific nerve pains in his legs that prevent him from sleeping, and he recently developed heart arrhythmias. Four years ago he had none of these illnesses.

I cannot stress enough how my dad has already experienced significant punishment these last several years. Unlike many, my father was devoted to his career. He lost the career that he loved so much and will likely never be allowed to practice medicine again. He has been humiliated in front of his colleagues and friends when he lost his job. He and the rest of our family have also been embarrassed and humiliated in the newspapers and media. The anticipation and anxiety of waiting for his trial and sentencing have been the greatest stress and pain that we as a family have ever experienced. The depression and decline in health that my dad has experienced is the direct result of this situation.

My father is not a danger to our society. He has already paid a tremendous price. He is very sorry for what he did, and he has apologized to all of us. At the sentencing hearing, you will hear him apologize to the victim. He is a kind and good man who loves to play with his grandchildren, who takes care of my mom, and who helps to take care of my mom's sick brother. I am asking you with all my heart to please consider his remorse, his declining health, and his positive contributions to our community in your judgment. Please bestow mercy on my dad.

Sincerely,

*Craig Giacomini*

Craig P. Giacomini, MD, PhD

June 30, 2022

To Whom It May Concern,

I am John Giacomini's son, and I am writing to ask the court to be lenient in my father's sentencing. Aside from the current felony conviction, my father has been an outstanding citizen. He devoted his life to medicine and treating very sick patients. He has saved many lives over the course of his career. He dedicated his life to making the world a better place by helping those in need.

In addition, my father is elderly, physically weak, and sick. His health has deteriorated since the start of this case. I worry that time in jail will exacerbate his conditions and contribute to worsening his health and to reducing what little time he has remaining. My father is depressed. He feels he has let everyone down. These feelings are likely contributing to his declining health. Any additional punishment will surely add to his depression and negatively affect his health.

These last four years have been very challenging for my father. He has been isolated, depressed, and unable to practice cardiology. He sincerely regrets the poor decisions he has made. He has been punished enough.

Thank you,

Nicholas J Giacomini
Nicholas Giacomini

To Whom It May Concern,

I am writing to discuss my father, John Giacomini, and to ask the court to be lenient in sentencing him.

This trial and the events that preceded it have taken a tremendous toll on my father and our family. My father has always been my biggest supporter, a person of comfort and encouragement. I've always felt safe around him. Growing up, Dad had an air of optimism and confidence. He cared for his patients, his family, and the people around him. As such, he was a major source of stability, happiness, and support for others. In short, he was always a strong person, and he lent his strength to others.

The events leading up to this trial have genuinely changed him. He is no longer the same man. Where there was once confidence and joy, there is now uncertainty and sadness. I've often had to comfort my father as he told me how horrible he has felt for putting this burden on my brothers and me and, most importantly, on my mother. He has told me how terrible he feels about what he has done to the people he worked with. He feels he has let everyone down, and his life has been worthless.

I've watched a man who built foundations in his life and work, who was a foundation himself, crumble, overcome with sadness, shame, and remorse over his actions. I've watched him sink into depression over the years: he walks slower, he's gentler when he speaks, and he no longer has the same passion for his life. Instead, he stays inside, he retreats in on himself, and it's harder than ever to pull him into conversations and activities.

I can genuinely say that the John Giacomini who committed the act that led to this trial four years ago is not the same man today. He is humble. He regrets his actions, and he is depressed.

As his only daughter, I am incredibly close to my father. As a witness to his life at home and as someone who loves him, I feel remorse and shame have colored my dad's life and changed him. It has been heartbreaking to watch his decline, his depression, and his guilt.

This is not an arrogant man who believes he should get off scot-free. He is remorseful. He is changed. Though he caused others to suffer, he, too, has suffered. He is old, and he is sick. He is no danger to anyone. I ask that the court consider all of these factors in his sentencing.

Sincerely,

Alexandra Giacomini

# University of California
## San Francisco

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO • SANTA BARBARA



**CONNOR O'BRIEN, MD**
ASSISTANT PROFESSOR OF MEDICINE
ASSOCIATE DIRECTOR SECTION OF CRITICAL CARE CARDIOLOGY

**MAIN OFFICE**
505 PARNASSUS AVE
ROOM M-1182A, BOX 0124
SAN FRANCISCO, CA 94143-0124

EMAIL: connor.obrien@ucsf.edu    •    WEB: http://cardiology.ucsf.edu    • PHONE: (650) 704-8042

July 2nd, 2022

To Whom It May Concern:

I had the pleasure of working with Dr. John Giacomini from 2015 – 2018. I completed my fellowship training in cardiovascular medicine at Stanford where Dr. Giacomini was the fellowship director. In that time I came to know Dr. Giacomini as a warm and generous person who cared deeply about his trainees. I would like to share my experience, which conveys the hugely positive impact Dr. Giacomini has had on the lives of many.

Upon starting fellowship, I found that Dr. Giacomini's commitment to trainees far exceeded my expectations. During fellowship onboarding, Dr. Giacomini outlined both the clinical and scholarly expectations for fellows. The list was daunting. For example, every fellow is expected to apply for research funding to a major grant in their second year. Following that slide, Dr. Giacomini presented the support structure he had established to help fellows meet his high expectations. The list of resources he had cultivated was incredible ranging from mentorship networks to grant writing support.

In the first two years of fellowship, Dr. Giacomini met with each of the fellows at regular intervals. He kept apprised of our progress and invested significant personal effort in keeping every fellow on a trajectory consistent with their career goals. He would leverage his extensive professional network to help us identify mentors and to connect fellows with opportunities to be involved in work on the national level. He would also commit personal resources to support our research. In 2017, 100% of the second year class successfully applied to and was awarded national level funding, a truly incredible accomplishment and testament to Dr. Giacomini's investment in the Stanford fellows.

In my third year I was selected to be chief fellow. As chief fellow I performed many of the administrative duties for the fellowship. I was included in the fellowship application process and other faculty level duties. During these meetings I was able to witness how much effort Dr. Giacomini put into lobbying for support for the fellowship as well as advocating for individual trainees. I was impressed by how other faculty responded to him. He commanded a level of respect that can only be earned through years of consistent, sincere effort.

# University of California
# San Francisco

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO • SANTA BARBARA



CRUZ • MERCED

**CONNOR O'BRIEN, MD**
ASSISTANT PROFESSOR OF MEDICINE
ASSOCIATE DIRECTOR SECTION OF CRITICAL CARE CARDIOLOGY

EMAIL: connor.obrien@ucsf.edu     •     WEB: http://cardiology.ucsf.edu     • PHONE: (650) 704-8042

**MAIN OFFICE**
505 PARNASSUS AVE
ROOM M-1182A, BOX 0124
SAN FRANCISCO, CA  94143-0124

One of the things I appreciated most about Dr. Giacomini was that he was always present at all fellow events. He coordinated dinners, journal clubs, ski trips, and golf trips. He rarely missed an opportunity to socialize with us. At the events he would treat us as colleagues and friends. He demonstrated a genuine interest in our lives and getting to know our families. His interest in us as people made him a tremendous mentor as he would incorporate our personal lives into his mentoring strategy, helping us consider all the variables beyond the hospital that can affect career stability and trajectory. His advice would reflect a genuine commitment to us succeeding both in the hospital and our personal lives.

Dr. Giacomini's empathy extended to the clinic and cath lab as well. Working at the Palo Alto VA comes with many structural challenges. Dr. Giacomini committed decades to the institution and his patients. While many doctors allow structural issues to impact patient care, Dr. Giacomini actively designed solutions to improve patient care and make novel technologies available to an often ignored and vulnerable population. The cath lab nurses at the Palo Alto VA are a seasoned team and could easily find higher paying jobs elsewhere. Their commitment to Dr. Giacomini stems from their respect for his commitment to the institution, his team, and the patients. Their loyalty is hard earned and well deserved.

I have tremendous respect for Dr. Giacomini as a doctor, mentor, and leader. His leadership and friendship have contributed greatly to my success and happiness. I hope this letter highlights the positive impact he has had on the careers and lives of many.

Sincerely,

*Connor O'Brien*

Connor O'Brien, MD

**Laura Dodera <laura_dodera@hotmail.com>**                                6/29/2022 12:40 PM

# Letter in behalf of Dr. John Giacomini

To tony@brasslawoffice.com <tony@brasslawoffice.com>

Mr. Brass,

My name is Laura Dodera. I worked as a fellowship coordinator at Stanford University since August 2000, when I first met Dr. John Giacomini. I worked closely with him until his departure in June 2018, and consider myself very well qualified to comment on the type of person he is. I observed his interactions with our Cardiovascular Medicine fellows on a nearly continuous basis, and I can attest that he was one of the greatest academic mentors in the Division of Cardiovascular Medicine.

John gave of himself to the fellows. He worked incredibly hard on their behalf. He was an outstanding educator. He put in place policies within the fellowship where the trainees could anonymously raise any concerns about programs or different faculty. And he did this with kindness, professionalism, and a gentle sense of humor. The fellows always knew that he was working on their behalf.
If there was feedback about things that needed to be done, or complaints about various faculty, he would instantly take that issue on. He always supported the trainees.
And if there was an issue with a trainee themself, he would address it with kindness and yet firm expectation. The trainees always knew he had their back.
To say that he was beloved would be a gross understatement.

He also advocated for every single one of the fellows, and helped them with career choices and worked hard to help them obtain whatever position they wanted. And he worked tirelessly for every trainee, not just selected individuals. He personally cared for everyone.

Under his leadership, the Fellowship Program evolved into one of the top programs in the country. We would get around 400 applicants for 6 positions. And these applicants would be from the top institutions in the country.

His departure was a blow to the fellowship. His mentorship was deeply missed. His loss was mourned by everyone.

Sincerely,
Laura Dodera

July 2, 2022

Anthony J. Brass
3223 Webster Street
San Francisco, CA 94123

Re: Character Reference Letter for Dr. John Giacomini

Dear Sir or Madam:

My name is Dr. William Bennett. I am an interventional cardiologist and vascular medicine specialist, who currently practices in New Orleans, LA. I submit this letter as a character reference for Dr. John Giacomini. I completed general cardiology and vascular medicine fellowships at Stanford University from July 2010-June 2014. During my fellowship training, Dr. Giacomini served as the program director for the general cardiology fellowship, and he also served as my preceptor in the Palo Alto Veterans Administration cardiology clinic. I worked directly with Dr. Giacomini in several academic settings, including the clinic and cardiac catherization laboratory. For these reasons, I feel I am uniquely qualified to comment on his character from an academic and professional point of view.

As a physician, I observed Dr. Giacomini to be very astute and caring. He displayed the skills of a master clinician, and expressed sincere empathy towards his patients. He always took time to listen to the patients and address both their clinical and social challenges. I recall a particular patient who suffered from post-traumatic stress disorder, and had a difficult time adjusting to seeing different physicians at each clinic visit. The patient would become very agitated, and was difficult to manage. Dr. Giacomini observed that I worked well with the patient, and as a result, he made sure that the patient would only see me at each clinic visit.

As a mentor, I found Dr. Giacomini to be a devoted advocate for his trainees. He served as a sounding board at critical points throughout the fellowship, and assisted the trainees in defining their career goals. Whether it was publishing papers, writing letters of recommendation, or improving skills in the cardiac catherization laboratory, Dr. Giacomini went above and beyond the call of duty.

Finally, as a person, I found Dr. Giacomini to be honest and trust worthy. He took time to listen to your situation and give careful thought before rendering his sincere opinion and advice. Collectively, these are my observations of Dr. Giacomini during my cardiology and vascular medicine fellowship training at Stanford. I found him to be a high character person and very capable physician. I was most impressed by his willingness to do whatever he could to assist the trainees in accomplishing their academic and professional goals. If I can be of further assistance as a character reference, please don't hesitate to contact me.

Sincerely,

William L. Bennett MD, PhD
Interventional Cardiologist/Vascular Medicine Specialist
1200 Hampton Court
Slidell, LA 70460
Email: wlbennettmdphd@gail.com
Cell: 205-243-8785



**Edwards**

June 28, 2022

To whom it may concern;

I completed my fellowship in cardiovascular medicine and served as chief fellow in cardiovascular medicine between 2002-2005 at Stanford University. John Giacomini served as the fellowship director for the cardiovascular medicine program during that time and I worked very closely with John as a trainee from 2002-2004 and on the educational planning and administrative execution of the program as chief fellow from 2004-2005. During this time John contributed to my training and to the training of 6 new follows per year and directed the development of many young cardiologists. He directly taught trainees in the clinic, at the inpatient bedside, or in the cath laboratory where he trained young aspiring cardiovascular physicians about invasive procedures. I also completed my fellowship in interventional cardiology the following year prior to joining the faculty at Stanford and the staff of the Palo Alto VA in 2006. From 2006-2019 I was an attending physician in cardiovascular medicine and interventional cardiology at both the Palo Alto VA and Stanford University Medical Center. During these years he continued his role as the fellowship director and had the same profound impact on physician trainees, nurses, technicians, and patients as he did when I was a trainee. These individuals went on to treat care for tens of thousands of patients with cardiovascular disease.

John is an excellent and gifted clinician. I directly witnessed him listen carefully and demonstrate empathy as he formulated a strategy for treating a patient's cardiovascular disease. John is dedicated to continuing medical learning and insisted that the latest clinical knowledge and techniques were part of his practice and the practice at the Palo Alto and Stanford. I watched him make very difficult decisions regarding life and death decisions on critically ill patients. He was always thoughtful and balanced and took the patients and families best interests into account in each of these decisions. I personally performed thousands of interventional procedures with John in which he made dramatic impact in patients' lives. I also watched him meet with families to share difficult news where he demonstrated tremendous compassion and sympathy.

John is an outstanding mentor. He was the least self-promoting person I had the chance to work with at Stanford. He was selfless and often gave credit to others to help build their careers. He taught me a tremendous amount about the responsibility of being a physician. He nourished my academic career and spent endless hours helping myself and many others get research experience and publications to build an academic career. He promotes both men and women and was a tremendous advocate or trainees when there were conflicts with attending physicians or the hospital administration.

John has had a tremendous impact on my career development as a clinician, academic investigator, leader, and individual. I feel very fortunate that I had the chance to train with John and eventually became partners and colleagues with him.  Many patients and physicians are very lucky that John chose to practice cardiovascular and interventional

medicine. Although I made the difficult decision to leave clinical practice and Stanford in 2019 to pursue a career developing cardiovascular medical devices as the Chief Scientific Officer at Edwards Lifesciences, the skills I developed thanks to John have catapulted my personal career and I am very grateful.

Best Regards

Todd J. Brinton, M.D.
Chief Scientific Officer & CVP, Advanced Technology
**Edwards Lifesciences**

**Tanya Blodget**

2825 Mauricia Avenue
Santa Clara, CA 95051
Phone: 408 202-5609

 **Anthony Brass**
**Attorney at Law**

3223 Webster St
San Francisco, CA 94123
Phone: 415 922-5462

--------------------------------------------------------------------------------

**Dear Mr. Brass,**

I am writing on behalf of Dr. John Giacomini. I am the Chief Perfusionist at the VA Hospital in Palo Alto, California. I have worked as a perfusionist at the VA Hospital since 1995. In that time, I have worked with and gotten to know Dr. Giacomini.

Dr. Giacomini has worked at the VA in Palo Alto since 1981 and became Chief of Cardiology in 1984 until he left the VA in 2018. It was my pleasure to work with and get to know Dr. Giacomini. Dr. Giacomini was a true asset to the VA staff, physicians, residents and patients within the VA system. He created a fully functioning Cardiology Unit at the VA.

He contributed by starting one of the first Cardiology units within the VA system that did angioplasties in patients' coronary arteries and placed stents in patients' coronary arteries. He did valuable research to prove that patients benefited from angioplasties and stents.

He brought in Interventional Cardiologists, Electrophysiology Cardiologists, Transplant Cardiologists and Structural Heart Cardiologists. He was able to facilitate the growth of the Cardiology Program and thanks to Dr. Giacomini our facility was the first to start many programs that benefited our patients. I was able to be a part of the team that was led by Dr. Giacomini to be the first VA in the nation to be a part of a trial to implant Transcatheter Aortic Valves. This is a multidisciplinary procedure that includes, cardiologists, cardiac surgeons, anesthesiologists, perfusionists, nurses and echocardiologists. He was able to lead us in a way that we were very successful in our patient outcomes and now it is a common procedure within our system.

Dr. Giacomini made many positive improvements to our facility. In his tenure, he trained a multitude of Cardiology Residents through the Stanford School of Cardiovascular Medicine. He was a supportive and intelligent Attending Cardiologist. Many of the Cardiologists that he trained have been successful leaders in the field of Cardiology both locally and throughout the nation.

John Giacomini was a very supportive Chief to the Cardiac Cath Lab nursing staff. He was open and kind and valued his staff. Dr. Giacomini was active within the VA system. He was on the equipment committee and was thoughtful about providing the best equipment within budget for the physicians and staff at the VA. He was very

--------------------------------------------------------------------------------

involved with designing the updated Cath Labs and making valuable suggestions for getting equipment that was the highest quality and best value for our facility, staff and patients.

I found John Giacomini to be a kind, caring, responsible member of our Hospital Staff. He was an asset as a teacher and leader within our system. I am grateful for the time that I have been able to work with him. Stanford and the VA Hospital are fortunate for the 35 plus years that Dr. Giacomini was able to devote to our program and facility. Beyond his many accomplishments and contributions to the VA and Stanford School of Medicine, John was a caring man who was the heart and soul of the Cardiology Department at the VA Palo Alto.

Sincerely,

**Tanya Blodget**
Chief Perfusionist VAPAHCS
Palo Alto Perfusion Services
6/16/2022

6/24/2022

**Cheryl Leppi,**
Registered Nurse
11660 Little Patuxent Parkway, #302
Columbia, Maryland 21044
239-285-1989
Lanakai@earthlink.net

## To Whom It May Concern,

I have known and worked with Dr. Giacomini for 6 years. I worked at Palo Alto VA Hospital, where Dr. Giacomini was the Chief of Cardiology. I can vouch for Dr. Giacomini and say that he has been a person of morals and integrity over the time we have known each other.

I can further state that Dr. Giacomini was immensely dedicated to his family, the patients he took excellent care of, the Cardiology Doctors that he mentored and educated, and he was a true caring person towards all he came in contact with.

Dr. Giacomini has been known to be most helpful and charitable, and is a much-loved person by all.

Yours Faithfully,

Cheryl Leppi, Registered Nurse

Svetlana Gorbunova
841 30th avenue
San Francisco, CA 94121
06/17/2022


Re: Dr. John Giacomini

To whom it May concern,

I am writing on behalf Dr. John Giacomini. I have known Dr. Giacomini since January of 2009. He was chief of Cardiology at Palo Alto VA and I was hired as a nurse practitioner for heart transplant program. I have worked under Dr. Giacomini's leadership until August of 2016 when I took a different job and relocated to San Francisco.

During my time at Palo Alto VA Cardiology, Dr. Giacomini was always professional and a great leader of our cardiology department. He was my biggest support in clinical decision making sure that that I will Veterans interests a placed above anything else in the department. As a nurse practitioner, I frequently had to confront physicians on the behalf of the patient. John always was there for me not only as an excellent clinician, but also as a chief of Cardiology and a friend. That allowed me to grow and develop in my role as an independent provider. I have always felt secure and comfortable in talking to him about different issues, ranging from patients' related /clinical subjects to general/every day type events. As noted above, John has always been available and supportive. I have been working in medical care since 1999 and in two different countries, so I have been exposed to multiple types of leadership. I have to say, that John has been an exceptional leader and a chief of Cardiology as evidence by my perception of job satisfaction of my colleagues and myself included. The department of cardiology was extremely well run despite being part of a very inefficient, from my perspective, system. I felt that Dr. Giacomini made it his priority to make sure that his staff members had access to anything we needed to provide high level of patient care.

I also had the privilege of visiting his home during welcoming gatherings for our new cardiology fellows. John has a lovely family with what appeared to me as a great relationship between all the family members. He has a great personality, full of life, which made it joy to be around not only in professional capacity but also on a personal level.

It was heart breaking for me to hear about his legal challenges that unfortunately continue to evolve. I have nothing but great respect and admiration for Dr. Giacomini and it is my sincere hope that my letter can be helpful in supporting Dr. Giacomini's cause. Despite the current case, I believe that Dr. Giacomini is an honorable individual, an extremely valuable member of medical community, and a good human being.


Sincerely,

Svetlana Gorbunova, MSN, ANP

**Tom Rando <tom.rando@fountaintx.com>**                                    6/12/2022 8:11 PM

# Dr. John Giacomini - letter of support

To Tony brasslawoffice.com <tony@brasslawoffice.com>   Copy capmiral@gmail.com

Dear Mr. Brass,

I am writing to you as a colleague of John Giacomini for more than 25 years. During that time, I was a physician at the VA Palo Alto Health Care Systems, and I worked with John as a clinical colleague, as a colleague in leadership positions at the VA, and as a fellow mentor to students, residents, fellows, and junior faculty members in the Stanford/VA system. I can honestly say that there is no one who better exemplified professionalism and compassion for his job and for the well-being of his colleagues and trainees.

As a clinician, there was no one more dedicated than John. He would take call, despite his seniority, in order to share the burden with all those he supervised. He would be available 24/7 to come to the hospital for any patient care issue. And John was always working tirelessly to improve patient care and to make sure that the schedules and working conditions for physicians, nurses, staff, and trainees were optimal. If anything, John would take it upon himself rather than impose upon one of professional colleagues.

As a mentor, John was unsurpassed. Routinely, he would go out of his way to introduce junior colleagues and trainees to me if he thought I might be able to assist in their career development. Often I could, and it was always to John's credit that these individuals were provided with opportunities that they would otherwise not have had access to. John and I routinely discussed career development issues, whether it was related to grant opportunities or university issues about appointments and promotions. John was always going the extra mile to make sure that those around him were given every opportunity to advance. Throughout my time at the VA, I knew many of the cardiology fellows and, to a person, they praised John as a teacher and mentor. He was renowned for his dedication to teaching and training

As a leader, John was always fair and balanced. John, while always advocating for support to new opportunities in the Cardiology program, was always cognizant of the greater mission of the VA to improve quality of care across all aspects of patient care. John was a voice of reason, and he would always seek solutions that benefitted the institution at large, and veterans in particular. He was and is held in the highest esteem by those who had the privilege to work with him during his 30-plus years at the VA.

Please do not hesitate to contact me if I can provide any additional information.

Sincerely,

Tom Rando

-

**Thomas A. Rando, MD, PhD**
Director

Broad Stem Cell Research Center
University of California, Los Angeles
Los Angeles, CA 90095
(310) 206-7351



**Van Ness Campus**
1101 Van Ness Avenue

**Davies Campus**
Castro & Duboce Streets

**Mission Bernal Campus**
3355 Cesar Chavez Street

**Mailing Address**
P.O. Box 7999
San Francisco, CA 94120
415.600.6000

June 20, 2022

Tony Brass
3223 Webster St.
San Francisco, CA 94123

*Sent via e-mail to: tony@brasslawoffice.com*

Dear Mr. Brass,

I have known John Giacomini for 20 years and have worked very closely with him in multiple roles. Between 2001 and 2003, John was my teacher and Cardiovascular Diseases fellowship director at Stanford. Between 2003 to 2004, I worked with John more closely on an administrative and programmatic level as a Chief Fellow in Cardiovascular Diseases. Following my fellowship at Stanford, John recruited me to join the Stanford Cardiology faculty and was my Cardiology Section Chief at the Palo Alto VA Hospital between 2004 through 2016. During this time, we worked very closely together as the VA faculty is relatively small (approximately 5-7 physicians). Therefore, I feel that I know John's character very well and feel very comfortable attesting to some of the qualities that make him an oustanding physician, fellowship director, and physician leader.

John is a fair and unbiased leader who treats all of his fellows, cardiology staff, and faculty with respect and without favoritism. This was very apparent in the way John handled conflicts among fellows or between fellows and faculty members. I can genuinely say that John was adored by generations of Stanford Cardiology fellows, many of whom have gone on to become national and international leaders in their respective sub-specialities due to John's mentorship and adovacy. The Stanford School of Medicine and Department of Medicine are not known for nurturing and mentoring their junior faculty, but John showed genuine interest in the well being and career development of his trainees as well as VA faculty members.

Under his leadership, the Cardiology Section at the VA Hospital was one of the most well-run and cohesive sections within the Medical Service. John was held in the highest regards among his Cardiology staff and faculty at the Palo Alto VA Hospital. He led by example and provided outstanding patient care to our veteran population. During a 1-year period of critically low interventional cardiology staffing, he took call every day and never sought special recognition or reimbursement. He started the structural heart program from scratch, which has now become a regional center of excellence for veterans to undergo transcatheter valve interventions in Northern California. He advocated fiercely for the Palo Alto VA to be designated as one of 5 national heart transplant centers within the VA system.

In summary, John Giacomini is an individual for whom I have the utmost respect. He is fair, honest, and hard working. He genuinely cares about the trainees, staff, and attending physicians who report up to him and has never, to my knowledge, used his position of leadership inappropriately.

Please do not hesitate to contact me at (415) 600-1051 or at phamMX@sutterhealth.org if I can provide further information.

With warm regards,

Michael Pham, M.D., M.P.H., F.A.C.C.
Chief of Cardiology
Medical Director, Center for Advanced Heart Failure Therapies
California Pacific Medical Center

To whom it may concern,

My name is Dr. Maurice Buchbinder. I am an internationally recognized interventional cardiologist. I have known and worked with Dr. John Giacomini for over 40 years. I am highly qualified to comment on him. We worked together to establish one of the first interventional cardiology programs within the Veterans Health Administration. More recently, I worked closely with him to establish a structural heart program at the Palo Alto VA Hospital. We were the first VA hospital to implant a Transcatheter Aortic Valve and were also the first to perform a Watchman left atrial appendage implant at the VA.

Dr. Giacomini is an outstanding educator. He has received numerous teaching awards and accolades through the years. In the early 2000's he became the Stanford Cardiology Fellowship Director, along with all his other responsibilities. He was beloved by the Fellows. He worked tirelessly on their behalf to improve their careers, to guide them to the appropriate research mentors, and to advocate for their future positions and academic appointments. He was acknowledged as the very best at this.

He did his best to hire qualified staff, and to improve the quality of their careers. Everyone had a voice, and he used consensus to improve patient care and trainee education. He was similarly beloved by the nursing staff and technicians. He cared about everyone was always fair. He was always diligent to observe professional boundaries. Nearly everyone who worked at the VA referred to it as "a family," largely due to his efforts. So many people, including myself, have felt very bad about his departure.

In addition, he initiated other new and world class programs within the VA and worked hard to hire academic physicians who could care for patients but who would also work in the research arena. Thanks to him, the Palo Alto VA developed programs in Advanced Heart Failure, Heart Transplantation, Cardiac Electrophysiology, Exercise Physiology and Rehabilitation, and Advanced Cardiac Imaging. Palo Alto VA was regarded as one of the top Cardiology Programs in the United States thanks to him.

Dr. Giacomini is an outstanding clinical cardiologist. He always puts his patients first and works tirelessly to make certain they receive the best possible care. He did the lion's share of the clinical work at the VA, especially in the cardiac catheterization laboratory. Everyone knew that he always made himself available and was willing to come into the hospital 24/7.

It is not for me to address the details of the case. However--I know John Giacomini. He is a kind and honorable person--the type of person that we all wish we could work with. He has spent a lifetime taking care of patients, building programs, and helping everyone. He does this without the self-promotion that is so prevalent in most academic centers. He is an excellent person and deserves consideration for the lifetime of work he has dedicated to Cardiology.

June 23, 2022

Cynthia Wilson
3801 Miranda Avenue
Palo Alto, California 94304

Your Honor,

I realize that governing over this type of situation is serious and determining the outcome can also have significant impact. I am humbly requesting that you would take my words into account during your deliberation.

It is my continuing honor that I offer my greatest and enduring support for Dr. John Giacomini.

As a Cath Lab Registered Nurse/Manager, John was my direct Supervisor for over 20 years. I was in close daily contact with John and had many occasions to see John's exceptional character.

John is sought out by patients as he is personable, a concerned listener, engaging, empathetic, and has an extraordinary presence. John meets everyone with genuine equality and respect. John's provides complex clinical information to patients in an easily understandable format that enhances the patient's experience and promotes good health. Patients felt heard and understood. It was a regular occurrence for John to confer with patients ensuring their understanding to facilitate the wishes of the patient. He was an equal partner with the patients and made them feel at ease.

John is also and extraordinary teacher. While he is a scholarly expert in his field, he can artfully convey highly technical concepts in simple understandable terms. Over the years, I have seen many times when John was explaining the coronary arteries and the fluoroscopic views to Nurses and Fellows by using a football with drawings. He humbly meets every person where they are.

Every month we rotate cardiovascular Fellows (Doctors that are training for a specialty in Cardiology). Stanford annually selects 6 new Fellows from around the world in their highly sought-after program. The diverse Fellows come with impressive and highly educated backgrounds. Still, over the years there have been a few that struggle within the program. There was a female Fellow that was receiving additional proctoring and was still having difficulties. John and I were discussing management of the lab when I asked him what we were going to do with this Fellow that was failing to meet the challenges. I was very struck by his caring reply. He stated "we must continue to help her and ensure her success because she was going to go out into the world to take care of patients. We have to create an environment that will ensure quality care of her patients". This was John's style of blending mentorship and caring.

Many Fellows returned to work with John, and I admire him for his diverse hiring practices valuing equality, gender parity, racial diversity, and gender identity. It was truly an atmosphere of inclusion. In reality it was more than that, we were a family that cared about one another, and John created this caring environment. At that time, most of the RNs in the lab had worked with John for greater than 10 years. This is not a typical situation in Cath Lab's, and we were an area that Nurses sought to work and stay. John cared about us, gave us confidence, encouraged our growth, motivated us to achieve, and promoted a team that worked as one. He knew about our lives and cared about our families. This was not just our profession but a dedication to our vocation. We care about him and will always care about John.

With great caring,

Cynthia Wilson

**Judy Baer <jamizo@sbcglobal.net>**                                          6/21/2022 9:26 PM

# Dr G

To tony@brasslawoffice.com

Dr. John Giacomini is an excellent clinician, teacher, leader and my friend.
I first met him in 1980 when I was starting my nursing career at Stanford. I remember he was well regarded by my colleagues and other doctors.
I started working at the VA in 2007 in cardiology on a National Institute of Health study. In 2009, I transitioned into a new position that required me to work directly with Dr. Giacomini. In this new role, I felt a bit overwhelmed and inexperienced, but John was always supportive and encouraging. He always made himself available to answer questions and address any concerns or issues I came across. Over the years, I took on more responsibilities and enjoyed more success in that job. John played a significant role in helping me grow my confidence and build a career that I am proud of.
In 2018, when John left his position it was a huge blow to morale in the cardiology department. I felt that John treated everyone with the utmost respect. It didn't matter if you were an MD, RN, or a tech, John treated everyone the same. We were saddened by his departure and wanted to somehow bounce back and revive the department. But it never became great again.
I retired from my position in February 2022. It was the best job I have ever had in my 42 years as a nurse, and I credit John with my happiness and success. I am certain that I would have stayed longer if John was still our chief. It was an honor and pleasure to work with him.
Judy Baer RN



University of California
San Francisco

Donna M Ferriero MD MS
Distinguished Professor
Departments of Neurology & Pediatrics
675 Nelson Rising Lane
San Francisco CA 94143-0663
415/502-7319

June 19, 2022

To Whom it May Concern,

I write this letter to enthusiastically attest to the character of John Giacomini. I have known
John for over two decades. He worked with my husband, Thomas Rando, at the VA in Stanford
and his wife Kathleen Giacomini worked with me at UCSF. We became fast friends. We went
out monthly for dinners and to enjoy each other's company. When the pandemic hit, we ate at
each other's houses. We also took many vacations together including visits to the Shakespeare
Festival in Ashland, hiking in Carmel and playing golf in Ojai.

I have always known John to be a good husband to my friend Kathy. He has always treated her
with the utmost respect. John also is a great listener and a respectful friend. I have enjoyed his
company over these many years.

I have also sought John's opinion in regard to cardiology cases as I value his judgement and
knowledge. He always gave me good advice that I was able to pass on to others.

John is one of my most valued friends.

Sincerely,

Donna M Ferriero

Donna M Ferriero MD MS
Distinguished Professor

June 9, 2022

98 Inglewood Lane
Atherton, California 94027

To whom it may concern:

I am writing to describe my working relationship and friendship with John Giacomini through our association as faculty members at Stanford. I am currently the Weiland Professor of Medicine, Emeritus, at Stanford, having just retired from full faculty activity. I have held a number of senior leadership positions at the University, most recently as the Founding Director of the Stanford Byers Center for Biodesign. I have been recognized with several national awards, including the Distinguished Scientist Award from the American College of Cardiology and the Gordon Prize for excellence in teaching from the National Academy of Engineering.

I first met John during my cardiology fellowship at Stanford in the mid-1980s at a time when John was in the very early stages of his faculty career. After spending a decade away, I returned to Stanford as a faculty member myself in 1994 and worked alongside John on the faculty for the next 25 years. We collaborated especially closely over a two-year period in 1996-7 when we were the Co-Chiefs of the Stanford Division of Cardiovascular Medicine.

This two-year period gave me a close-in opportunity to see John's day-by-day interactions with trainees, other faculty and staff. During this time we had to deal with a variety of challenging HR issues, as expected in an organization of this size. Throughout this experience I saw John exhibit consistently excellent judgment, patience, empathy, understanding and fairness. In fact, I learned a lot about leadership from his example. I do not recall any time when I thought that John's performance in his interpersonal dealings was in any way problematic. I found him to be reliably open, plain-speaking, diligent, and honest.

I also had the opportunity to work with John clinically on and off during our years together, mainly in the context of our mutual subspecialty area of interventional cardiology (catheter-based procedures to repair the heart). John is a highly skilled and experienced clinician. More important for the purposes of this letter, I found his dealings with patients and staff to be consistent with the highest standards of our field – thorough, caring, honest and effective.

It is worth emphasizing John's special dedication to his trainees. Over the span of his career he has been an exceptionally devoted teacher and mentor. In fact I can't think of another faculty member who has been as focused on the success of trainees – or as generous with his time and advice. Fellows who came to me for career advice invariably were also consulting John as the acknowledged "go-to" faculty member for guidance. It's important to understand that – unfortunately—this type of work goes relatively unrecognized in a typical academic department. John's willingness to devote large portions of this time to this work is an indicator of his very strong service orientation.

I do not have any direct knowledge of the issues leading to John's recent legal issues.  I can only say that I have had great admiration for John both professionally and personally and (as I hope I have conveyed) have very much respected his deep commitment both to his clinical practice and to the training of young physicians and scientists.

Yours sincerely,

Paul G. Yock, MD
Weiland Professor of Medicine, Emeritus
Founding Director, Byers Center for Biodesign
Stanford University